FORM 1
Case 17-32886-hdh7 Doc 146 Filed 05/27/20 Entered 05/27/20 11:42:22 Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document Page 1 of 2
ASSET CASES
Page: 1

| Case No: | 17-32886 | HDH | Judge: HARLIN D. HALE | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | KHAN GROUP, LLC | | | Date Filed (f) or Converted (c): | 06/05/18 (c) |
| | | | | 341(a) Meeting Date: | 07/17/18 |
| For Period Ending: 05/27/20 | | | | Claims Bar Date: | 10/16/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. WELLS FARGO CHECKING ACCOUNT | 1,024.99 | 1,024.99 | | 1,024.99 | FA |
| 2. WELLS FARGO SAVINGS ACCOUNT | 47.58 | 47.58 | | 47.58 | FA |
| 3. TEXAS NATIONAL BANK CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 4. ACCT. RECEIVABLE | 0.00 | 0.00 | | 0.00 | FA |
| 5. 2013 DODGE GRAND CARAVAN | 0.00 | 0.00 | | 0.00 | FA |
| VEHICLE IS IN POSSESSION OF DEALER DUE TO NON-PAYMENT FOR PAST 6 MONTHS. | | | | | |
| 6. REAL PROPERTY - 2000 LAMAR ST. SWEETWATER | 113,260.00 | 55,889.00 | | 149,900.00 | FA |
| *SECURED BY LIEN OF THACKER FAMILY INVESTMENT LTD. VALUE IS NOLAN COUNTY CAD | | | | | |
| 7. FOOD PERMIT & COO - CITY OF SWEETWATER | 0.00 | 0.00 | | 0.00 | FA |
| 8. CAUSE OF ACTION AGAINST BENEVOLENT MGMT TRUST | Unknown | 100.00 | | 0.00 | 100.00 |
| * WRONGFUL FORECLOSURE ADVERSARY PROCEEDING FILED AGAINST BENEVOLENT MANAGEMENT TRUST AND L.D. BROWN, TRUSTEE; ADVERSARY NO. 18-03027-HDH WRONGFUL FORECLOSURE & DAMAGES (VALUE OF PERSONAL PROPERTY?) | | | | | |

TOTALS (Excluding Unknown Values)     $114,332.57     $57,061.57     $150,972.57     **Gross Value of Remaining Assets** $100.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE OBJECTED TO THE SECURED CLAIM FILED BY BENEVOLENT MANAGEMENT TRUST BECAUSE IT IS NO LONGER SECURED; AND ANSWER DATE IS 06/12/2020. WHEN THIS OBJECTION IS RESOLVED THE TFR WILL FOLLOW IMMEDIATELY. ESTIMATED DATE OF TFR 08/01/2020

Initial Projected Date of Final Report (TFR): 07/01/19     Current Projected Date of Final Report (TFR): 08/01/20

LFORM1     Ver: 22.02d

**FORM 1**
Case 17-32886-hdh7 Doc 146 Filed 05/27/20 Entered 05/27/20 11:42:22 Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document Page 2 of 2
ASSET CASES
Page: 2

| | | | | |
|---|---|---|---|---|
| Case No: | 17-32886 HDH Judge: HARLIN D. HALE | | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Case Name: | KHAN GROUP, LLC | | Date Filed (f) or Converted (c): | 06/05/18 (c) |
| | | | 341(a) Meeting Date: | 07/17/18 |
| | | | Claims Bar Date: | 10/16/18 |